984

No. 90–591. YOUNG ET AL. *v.* NEW YORK CITY TRANSIT AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–592. STENCLIK ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 90–596. CANITIA *v.* YELLOW FREIGHT SYSTEMS, INC. C. A. 6th Cir. Certiorari denied.

No. 90–597. ROBERT C. ET UX. *v.* MIGUEL T. ET AL. Ct. App. N. Y. Certiorari denied.

No. 90–599. FIACCO *v.* CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–601. WEBB ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–612. ADAMS ET AL. *v.* AVONDALE INDUSTRIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–623. CLASPILL *v.* MISSOURI PACIFIC RAILROAD. Sup. Ct. Mo. Certiorari denied.

No. 90–624. EDISON HOMES, INC., FORMERLY ARDMOR, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 90–629. KELLEY *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 90–632. CAESAR ELECTRONICS, INC. *v.* FAIRCHILD SEMICONDUCTOR CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–642. 1903 OBSCENE MAGAZINES ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–648. RODRIGUEZ *v.* GENERAL MOTORS CORP. ET AL. C. A. 9th Cir. Certiorari denied.